# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M6H | 9137555 | William B Gain | 864 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10-6-2021
Offense Charged: ☒ USC
18 USC 1701

Place of Offense: 4126 Clevenger AVE, Billings MT 59101

Offense Description; Factual Basis for Charge:
Obstruction of mails generally
Pimp and delay of mail.
18 USC 1701

### DEFENDANT INFORMATION

Last Name: Miller
First Name: Stacy

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00 Forfeiture Amount
+ $30 Processing Fee
$ 130.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: James F. Battin Fed Courthouse, 2601 2nd AVE N., Billings, MT 59101
Date: 3-15-22
Time: 0900 AM

X Defendant Signature: Sent via Cert. mail

Original - CVB Copy

*9137555*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 13, 2022 while exercising my duties as a law enforcement officer in the _____ District of Montana.

On October 6, 2021, Stacy Miller knowingly obstructed the passage of mail when she dumped deliverable mixed mail in a trash can located at her residence of 4126 Clevenger AVE, Billings, MT 59101.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident